UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEDRIC EUGENE JOHNSON,<br><br>             Plaintiff,<br><br>        v.<br><br>BRIAN CATES, et al.,<br><br>             Defendants. | No. 1:23-cv-00361 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS WITH COURT<br><br>PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS DUE **MAY 24, 2024** |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The Court takes judicial notice[1] of the following: (1) that in addition to this case ("Cates I"), Plaintiff also has another case, Johnson v. Cates, No. 1:23-cv-00437 KES GSA (PC) ("Cates II") currently pending before this Court, and (2) on March 22, 2024, an order related to the reassignment of Cates II to a different District Judge was returned to the Court as "Undeliverable, Attempted, Not Known, Unable to Forward."

Given these facts, Plaintiff is ordered to file a current address with this Court in this case. When filed, the address will be automatically updated by the Clerk of Court in any and all cases

---

[1] It is well-established that a court may take judicial notice of its own records. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004).

Plaintiff has before this Court, including in <u>Cates II</u>.  Should Plaintiff fail to file a current address within the time allotted under Local Rule 183(b), it will be recommended that this matter be dismissed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice of current address with this Court by **May 24, 2024**.

IT IS SO ORDERED.

Dated: __**March 25, 2024**__                    __/s/ Gary S. Austin__
                                        UNITED STATES MAGISTRATE JUDGE